

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00304-CV

TVMAX HOLDINGS, INC. AND BROADBAND VENTURES SIX, L.L.C., Appellants

V.

SPRING INDEPENDENT SCHOOL DISTRICT, ALIEF INDEPENDENT SCHOOL DISTRICT, CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, GALENA PARK INDEPENDENT SCHOOL DISTRICT, HUMBLE INDEPENDENT SCHOOL DISTRICT, KLEIN INDEPENDENT SCHOOL DISTRICT, SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, SPRING INDEPENDENT SCHOOL DISTRICT, TOMBALL INDEPENDENT SCHOOL DISTRICT, HOUSTON INDEPENDENT SCHOOL DISTRICT, CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT, KATY INDEPENDENT SCHOOL DISTRICT, ALDINE INDEPENDENT SCHOOL DISTRICT, PASADENA INDEPENDENT SCHOOL DISTRICT, GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT/LEE COLLEGE DISTRICT, LONE STAR COLLEGE SYSTEM DISTRICT, HOUSTON COMMUNITY COLLEGE SYSTEM, SAN JACINTO COMMUNITY COLLEGE DISTRICT, CITY OF TOMBALL, CITY OF PASADENA, CITY OF HOUSTON, CITY OF WEBSTER, CITY OF SEABROOK, CITY OF HEDWIG VILLAGE, CITY OF BAYTOWN, HARRIS COUNTY, HARRIS COUNTY DEPARTMENT OF EDUCATION, HARRIS COUNTY FLOOD CONTROL DISTRICT, PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #24, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #120, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #130, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #168, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #180, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #188, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #189, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #191, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #205, HARRIS COUNTY MUNICIPAL

UTILITY DISTRICT #215, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #230, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #321, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #341, NORTHWEST HARRIS COUNTY MUNICIPAL UTILITY DISTRICT #9, CHELFORD ONE MUNICIPAL UTILITY DISTRICT, HEATHERLOCH MUNICIPAL UTILITY DISTRICT, HORSEPEN BAYOU MUNICIPAL UTILITY DISTRICT, MISSION BEND MUNICIPAL UTILITY DISTRICT, NORTH GREEN MUNICIPAL UTILITY DISTRICT, WESTADOR MUNICIPAL UTILITY DISTRICT, WESTON MUNICIPAL UTILITY DISTRICT, MASON CREEK UTILITY DISTRICT, BISSONNET MUNICIPAL UTILITY DISTRICT, CNP UTILITY DISTRICT, HARRIS COUNTY WATER CONTROL & IMPROVEMENT DISTRICT #1, HARRIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT #109, HARRIS COUNTY WATER CONTROL & IMPROVEMENT DISTRICT #145,, CLEAR LAKE CITY WATER AUTHORITY, MEMORIAL VILLAGES WATER AUTHORITY, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #1, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #6, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #9, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #11, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #12, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #13, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #16, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #17, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #20, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #24, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #25, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #28, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #29, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #47, HARRIS COUNTY EMERGENCY SERVICE DISTRICT #48, AND HARRIS-FORT BEND EMERGENCY SERVICE DISTRICT,
Appellees

Appeal from the 270th District Court of Harris County.  (Tr. Ct. No. 2011-53254).

**TO THE 270TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 30th day of April 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 10, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellants, TVMAX Holdings, Inc. and Broadband Ventures Six, L.L.C., jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 30, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

